UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ATUL BISARIA, Individually,
Plaintiff,                                         CASE NO.: 10-81215-CIV-DIMITROULEAS

vs.

HTL (HILTON) EXISTING FRANCHISE
HOLDING, LLC, d/b/a HILTON HOTELS
CORPORATION, a Delaware Limited Liability
Corporation, BLACKROCK FINANCIAL
MANAGEMENT, INC., a New York Corporation,
and REED SMITH, LLP, a Delaware Limited
Liability Partnership,
    Defendants.
_____/

**PLAINTIFF ATUL BISARIA'S NINTH STATUS REPORT
IN COMPLIANCE WITH DECEMBER 7, 2010 ORDER**

Plaintiff ATUL BISARIA ("BISARIA"), through undersigned counsel and pursuant to this Court's December 7, 2010 Status Report Order, submits his Ninth Status Report as follows:

1.  <u>Summary of Proceedings</u>:  On December 6, 2010 BISARIA sought a stay of all proceedings in the above-captioned lawsuit to permit the Bankruptcy Court to rule on the Creditors Committee's *Motion to Enforce Automatic Stay Provisions of 11 U.S.C. §362(a)(3) and for Contempt and Payment of Sanctions/Damages Pursuant to 11 U.S.C. §362(k)(1)* (the "Motion to Enforce Stay") in the case styled *In re Shubh Hotels Pittsburgh, LLC,* Case No. 10-26337-JAD.  On December 7, 2010, this Court granted BISARIA'S motion and required BISARIA to "file a status report updating the Court on the proceedings in the bankruptcy case every 30 days."  *See* [D.E. 34].  BISARIA files this ninth report in compliance with the Court's Order.

2.  <u>Status of Motion to Enforce Automatic Stay and Pending Appeal</u>:  On May 16, 2011, the Bankruptcy Court entered an order granting in part and denying in part the Motion to

CASE NO. 10-81215-CIV-DIMITROULEAS
*Plaintiff's Ninth Status Report*

Enforce Stay. The Bankruptcy Court ruled that the above-styled litigation violates the automatic stay but sanctions are not appropriate because the Creditors' Committee withdrew its request for sanctions or damages and BISARIA voluntarily stayed the above-captioned litigation on his own initiative.

On May 24, 2011, BISARIA filed his Notice of Appeal of said order. On July 29, 2011, Appellant BISARIA filed his Initial Brief. The deadline for Appellee to file a Response to the Initial Brief is August 12, 2011.

3. <u>Continuation of Stay Appropriate and No Action Presently Required by this Court</u>: BISARIA remains confident that either Shubh Hotels Pittsburgh, LLC will reemerge from bankruptcy, or alternatively that the appellate court will permit him to proceed with the above-captioned litigation as he did not violate the automatic stay. However, because the appeal of the Bankruptcy Courts May 16, 2011 Order remains pending, it is appropriate for this Court to continue the stay of all proceedings. Accordingly, no action is presently required by this Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 1st day of August 2011, *via* ECF/CM to all parties hereto.

**GRUMER & MACALUSO, P.A.**
*Attorneys for Plaintiff*
One East Broward Blvd., Suite 1501
Fort Lauderdale FL 33301
(954) 713-2700; (954) 713-2713 (Fax)
kgrumer@grumerlaw.com

By: \s\ *Keith T. Grumer, Esq.*
KEITH T. GRUMER
FL. Bar No: 504416

CASE NO. 10-81215-CIV-DIMITROULEAS
*Plaintiff's Ninth Status Report*

## SERVICE LIST

*Bisaria v. HTL (Hilton) Existing Franchise Holding, LLC, etc., et al.*
Case No. 10-CV-81215 WPD
United States District Court, Southern District of Florida

Kurt F. Gwynne, Esq.
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
*kgwynne@reedsmith.com*
*Counsel for Reed Smith LLP*

Robert P. Simons, Esq.
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: 412.288.3131
Facsimile: 412.288.3063
*rsimons@reedsmith.com*
*Counsel for Black Rock Financial Management, Inc*.

Thomas A. Dye, Esq.
Dean A. Morande, Esq.
CARLTON FIELDS
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
Phone: 561.659.7070
Facsimile: 561.659.7368
*tadye@carltonfields.com*
*dmorande@carltonfields.com*
*Counsel for Reed Smith LLP & Black Rock Financial Management, Inc.*